UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.:   8:05-cr-388-T-23TBM
                                                                            8:06-cv-2387-T-23TBM
ABELARDO LOPEZ-SALAZAR,

                                                        /

## ORDER

Lopez-Salazar moved (Doc. 1) to vacate his sentence pursuant to 28 U.S.C.

§ 2255.  The court referred (Doc. 6) the matter to Magistrate Judge Thomas B. McCoun,

III, who conducted a hearing and issued his report and recommendation (Doc. 16).  No

party filed an objection to the report and recommendation.

Upon consideration, the court adopts the report and recommendation.

Lopez-Salazar's motion to vacate sentence (Doc. 1) is **GRANTED**.  The judgment

(Doc. 41 in 8:05-cr-388) is **VACATED.**  United States v. Phillips, 225 F.3d 1198 (11th

Cir. 2000).

ORDERED in Tampa, Florida, on May 17, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE